**Order entered November 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01299-CR

### JEREMY LEONARD MAYS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court
### Dallas County, Texas
### Trial Court Cause No. F06-71504-H

## ORDER

Appellant's original appeal from his conviction was dismissed for want of jurisdiction because his notice of appeal was untimely. *Mays v. State*, No. 05-08-00891-CR (Tex. App.—Dallas July 11, 2008, no pet.). The Texas Court of Criminal Appeals granted appellant an out-of-time appeal on March 18, 2015. In accordance with that court's order, appellant's notice of appeal was due by May 13, 2015. The notice of appeal filed with this Court was file-stamped July 9, 2015. Therefore, we sent the parties a letter asking them to brief our jurisdiction over the appeal.

In response, both appellant and the State assert the trial court conducted a hearing regarding the matter of the timeliness of appellant's notice of appeal. Appellant states that on April 28, 2015, the Texas Court of Criminal Appeals received a pro se notice of appeal and motion for appointment of counsel bearing cause no. 06-71504. On May 1, 2015, a notice of appeal was filed with the Criminal District Court No. 1. That notice of appeal bore the trial court number for this case, but had a W (for writ) rather than an F as the initial letter in the case umber

sequence. The State agrees that appellant had the correct trial court number on his notice of appeal it and that it was filed within thirty days of April 13, 2015. The State also agrees that appellant should not be penalized for inadvertently using the W rather than F on the notice of appeal.

Based on these assertions, it appears we have jurisdiction over the appeal. However, the record of the hearing conducted by the trial court has not been filed with this Court. Nor has this Court received a supplemental clerk's records containing the documents presented at the hearing.

We **ORDER** the trial court to prepare a certification of appellant's right to appeal that accurately reflects the trial court proceedings.

Accordingly, we **ORDER** Crystal Jones, official court reporter of the Criminal District Court, to file, within **FIFTEEN DAYS** of the date of this order, the reporter's record, including all exhibits, of the November 9, 2015 hearing conducted regarding the notice of appeal.

We **ORDER** the Dallas County District Clerk to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing all of the items designated in appellant's November 4, 2015 motion to supplement the record.

After the Court has received the record of the hearing and the related documents, the Court will set the deadline for the reporter's record.

We **DIRECT** the Clerk to send copies of this order to the Honorable Robert Burns, Presiding Judge, Criminal District Court; Crystal Jones, official court reporter, Criminal District Court; Felicia Pitre, Dallas County District Clerk; and to counsel for all parties.

/s/     ADA BROWN
        JUSTICE